UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   :
SARAH BAUM,   :
   :
                           Plaintiff,   :          23-CV-10033 (JMF)
   :
         -v-   :          ORDER
   :
AZIONE PR, INC.,   :
   :
                         Defendant.   :
   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 15, Defendant's earlier motion to dismiss filed at Docket No. 8 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 30, 2024**.  Defendant's reply, if any, is due by **February 6, 2024**.

       The Clerk of Court is directed to terminate Docket No. 8.

       SO ORDERED.

Dated: January 17, 2024
       New York, New York                                              JESSE M. FURMAN
                                                               United States District Judge