

ALEX@SAKIN-LAW.COM
SAKIN-LAW.COM
917.509.7573

5 WEST 37TH STREET
SUITE 638
NEW YORK, NY
10018-6222

January 23, 2024

**BY ECF**
Hon. Jesse M. Furman
U.S. District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:    *Baum v. AZIONE PR, Inc.* 23-cv-10033-JMF

Dear Judge Furman:

    I represent Plaintiff and write on behalf of the parties, following the filing of Defendant's Motion to Dismiss the Amended Complaint on January 16, 2024 (the "Motion"), to respectfully request that the Court order that Plaintiff's opposition to Defendant's Motion be due on or before February 6, 2024, and that Defendant's reply be due on or before February 16, 2024.

    The parties had agreed to this schedule as reflected in the letter motion dated December 28, 2023 (Doc. No. 13), which was so-ordered by the Court. However, following the filing of the Motion on January 16, 2024, the deadlines for the opposition and reply were reset to January 30, 2024 and February 6, 2024, different from the dates previously-agreed on by the parties and so-ordered by the Court.

    We are available at the Court's convenience.

    Respectfully,

    /s/ Alexander Sakin

    Alexander Sakin

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

*[signature]*

January 23, 2024