UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
SARAH BAUM, :
 :
 Plaintiff, :
 : 23-CV-10033 (JMF)
 -v- :
 : ORDER
AZIONE PR, INC., :
 :
 Defendants. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     For reasons the Court will explain orally at the conference referenced below, Defendant's motion to dismiss for failure to state a claim is DENIED.  Defendant shall answer the Amended Complaint **within fourteen days** in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.  In addition, the parties shall appear for a telephonic conference on **June 14, 2024**, at **11:15 a.m.**  In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 6, the parties shall file a joint letter and proposed Case Management Plan by the Thursday before the initial pretrial conference.

     The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  In accordance with those Rules, counsel shall, at least **twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.  The Court will thereafter provide call-in information to those counsel.  All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

     The Clerk of Court is directed to terminate ECF No. 15.

     SO ORDERED.

Dated: May 22, 2024
       New York, New York

                                                         JESSE M. FURMAN
                                                         United States District Judge