UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
SARAH BAUM,          :
          :
         Plaintiff,          :
          :      23-CV-10033 (JMF)
    -v-          :
          :      <u>ORDER</u>
AZIONE PR, INC.,          :
          :
         Defendant.          :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Civil Case Management Plan and Scheduling Order entered on June 14, 2024, ECF No. 28, the parties were required to file a joint letter no later than August 15, 2024, "indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held," *id.* at 5.  To date, the parties have filed no such letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 30, 2024**.

      SO ORDERED.

Dated: August 26, 2024
      New York, New York
                         _____
                                JESSE M. FURMAN
                            United States District Judge